N THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FPC FINANCIAL, f.s.b., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 03 - 1284 |
| ) | |
| PATRIOT SEED, INC.; WOODROW W. ) | |
| CHEESMAN; and MARJORIE A. ) | |
| CHEESMAN, ) | |
| ) | |
| Defendants. ) | |

### CITATION TO DISCOVER ASSETS

To:   MARJORIE A. CHEESMAN
      10175 W. Farm Road 156
      Republic, MO  65738-2467

YOU ARE COMMANDED to appear before the Honorable John A. Gorman at the Federal Building, 100 N. E. Monroe, Peoria, Illinois, on Tuesday, March 29, 2005 at 1:45 p.m. to be examined under oath concerning your property, your income, or indebtedness due you. Judgment was entered against you on July 12, 2004. $1,518,479.30 remains unsatisfied through February 14, 2005.

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO

BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF

CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE

COUNTY JAIL.

NOTICE:  The Court has issued a Citation against the person named above. The Citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The Citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.  THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY

EXEMPTION AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value in any one motor vehicle, and the debtor's equity interest, not to exceed $750.00 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when owned and occupied as a residence to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of the gross weekly wages of (ii) the amount by which disposable earnings for a week exceed the total of 45 times the minimum hourly wage.

(4) Under federal law, the amount of wages that may applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.

YOU ARE COMMANDED to produce at the examination:

(SEE ATTACHED EXHIBIT "A" - DEMAND FOR DOCUMENTS.)

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of the court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Judgment Amount          $1,500,269.94
Balance Due              $$1,518,479.30 (through February 14, 2005)

Date of Judgment/Revival     July 12, 2004

The undersigned certifies, under penalties provided by law that the information contained herein is true and correct.

Attorney/Judgment Creditor:     _____Mary A. Corrigan_____

WITNESS, _____3/4/____, 2005

_____S/ John M. Waters_____
Clerk of Circuit Court

DATE OF SERVICE _____     _____S/ C. Douglas_____
Deputy

(Seal of Court)

Mary A. Corrigan
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois  61602
(309)676-8986

3

EXHIBIT "A"
DEMAND FOR DOCUMENTS

YOU ARE COMMANDED to produce at examination all books and records of your income and property including, but not limited to:

1. Drivers License or State issued Identification Card;

2. All checking and savings accounts, money market accounts or brokerage accounts including but not limited to personal and business accounts;

3. All deeds to any and all real estate in which you have any interest of whatsoever kind or nature;

4. A list of all beneficial interests in trusts in which you hold any interest, vested or future, all certified copies of such trust agreements, and assignments of any such interests;

5. All safety deposit boxes to which you are a signatory and keys thereto;

6. A complete list of all accounts or other monies due you and to any business in which you may have an ownership interest;

7. Titles to all motor vehicles, held individually or jointly;

8. All stock and bond certificates in which you hold any interest;

9. A copy of your 2002, 2003 and 2004 Federal and State Income Tax returns, whether filed jointly or individually;

10. Copies of all pay stubs from any employer you have worked for at any time during 2003, 2004, and 2005;

11. A list of all equipment, machinery, tools, or farm implements, owned by you, individually or with another person or persons, including all serial numbers and the location of each piece of equipment, machinery, tool or farm implement; and

12. Copies of all sales contracts and closing statements for real estate sold by Cheesman Enterprises, Inc. at any time during 2004 and 2005 regardless of where said real estate is located.

13. Copies of all Federal and State Income Tax Returns filed for Cheesman Enterprises, Inc. for 2003 and 2004.

14. Copies of all sales contracts and closing statements for real estate sold by you at any time during 2004 and 2005, regardless of where said real estate is located.

Failure to produce these items could result in your being found in contempt of Court.

4